# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JERRY L. ROBINSON, | ) |
| Petitioner, | ) ) ) |
| vs. | ) ) Case No. CIV-09-1369-F |
| HECTOR A. LEDEZMA, Warden, | ) ) ) |
| Respondent. | ) |

## ORDER

This action seeks habeas relief under 28 U.S.C. § 2241.

Magistrate Judge Bana Roberts entered her Report and Recommendation in this matter on March 24, 2010, recommending that the petition be dismissed on filing. (Doc. no. 10.) Petitioner filed a timely objection to the Report, objecting to the magistrate judge's recommended findings and conclusions. (Doc. no. 13) Accordingly, the court reviews the matter *de novo*.

After careful consideration, the court finds and concludes that it concurs with the magistrate judge's determinations. The court further finds that no purpose would be served by repeating the magistrate judge's determinations or by presenting any additional analysis here. Accordingly, the Report and Recommendation of Magistrate Judge Roberts is **ACCEPTED, ADOPTED** and **AFFIRMED** in its entirety. The Petition for a Writ of Habeas Corpus is **DISMISSED**.

Dated this 27th day of April, 2010.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-1369p004.wpd